IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01412-MSK-MJW

SHANNON QUINN, and
LESA QUINN,

Plaintiffs,

v.

SKI COUNTRY SHELL & TOWING, INC., a Colorado corporation,
ERIC MAINES, individually,
ERIC MAINES d/b/a ERIC'S MOBILE SERVICE, and
JEFFREY LEWARK,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiffs' Motion to Amend Complaint to Add Additional Party (Docket No. 26), to which no response was filed, is granted.  The tendered First Amended Complaint and Jury Demand (Docket No. 26-3) is accepted for filing as of the date of this Minute Order.

Date: November 16, 2010