IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01412-MSK-MJW


SHANNON QUINN and
LESA QUINN,

Plaintiffs,

v.

SKI COUNTRY SHELL & TOWING, INC., a Colorado corporation,
ERIC MAINES, individually, and
ERIC MAINES d/b/a ERIC'S MOBILE SERVICE,

Defendants.

---

### ORDER REGARDING PLAINTIFFS' MOTION TO COMPEL DISCOVERY (DOCKET NO. 41)

---

**Entered by Magistrate Judge Michael J. Watanabe**


This matter is before the court on Plaintiff's' Motion to Compel Discovery (docket no. 41).  The court has reviewed the subject motion (docket no. 41) and the response (docket no. 45) thereto.  In addition, the court has taken judicial notice of the court file and has considered applicable Federal Rules of Civil Procedure and case law.  The court now being fully informed makes the following findings of fact, conclusions of law, and Order.

### FINDINGS OF FACT AND CONCLUSIONS OF LAW

The court finds:

1.      That I have jurisdiction over the subject matter and over the parties

2

to this lawsuit;

2.    That venue is proper in the state and district of Colorado;

3.    That each party has been given a fair and adequate opportunity to be heard;

4.    That as to Plaintiffs' Interrogatory No. 9, I find that Defendants have fully responded and no further response is required.  This interrogatory calls for disclosure of non-disclosed consulting experts, and Defendants are not required to make such disclosure, but the Defendants are required to make their expert witness disclosures consistent with the Rule 16 Scheduling Order entered in this case and consistent with Fed. R. Civ. P. 26(a)(2)(B); and

5.    That as to Plaintiffs' Interrogatory No. 12, I find that such interrogatory seeks information that is protected by attorney work product or that is non-disclosed consulting experts' opinions and therefore is not discoverable at this point in the litigation.  See In re Grand Jury Proceedings, 616 F.3d 1172, 1184 (10th Cir. 2010).

## ORDER

**WHEREFORE**, based upon these findings of fact and conclusions of law, this court **ORDERS**:

1.    That Plaintiff's Motion to Compel Discovery (docket no. 41) is **DENIED**; and

2.    That each party shall pay their own attorney fees and costs for this

3

motion.

Done this 31st day of March, 2011.

BY THE COURT


<u>s/Michael J. Watanabe</u>
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE