**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe**

Civil Action No.   10-cv-01412-MSK-MJW          FTR - Courtroom A-502

**Date:**  May 03, 2011                                        Courtroom Deputy, Ellen E. Miller

     _Parties_                                                                  _Counsel_

SHANNON QUINN, and                                       Stuart A. Kritzer
LESA QUINN,                                                         Bradley A. Hall

     Plaintiff(s),

v.

SKI COUNTRY SHELL & TOWING, INC.,              Mark R. Davis
ERIC MAINES, individually, and                          Andrew K. Lavin
ERIC MAINES d/b/a  ERIC'S MOBILE SERVICE,

     Defendant(s).

---

**COURTROOM MINUTES / MINUTE ORDER**

---

**HEARING**:    **MOTION   HEARING**
**Court in Session:**     10:00 a.m.
Court calls case.  Appearances of counsel.  Defendant Eric Maines remains unrepresented.

The Court raises the pending motions for argument.

Argument by Mark Davis on behalf of defendants' Motion to Compel [Docket No. 43].
Responsive argument by Stuart Kritzer on behalf of plaintiffs.
Reply by Mark Davis.

**It is ORDERED:**          Defendants Jeffrey Lewark's and Ski Country Shell & Towing, Inc.'s
     MOTION TO COMPEL [Docket No. **43**, filed March 18, 2011]
     is  **TAKEN  UNDER  ADVISEMENT.**
     The Court will issue its written Order.

Argument by Stuart Kritzer on behalf of plaintiffs' Motion for Sanctions [Docket No. 49].
Responsive argument by Mark Davis.
Reply by Stuart Kritzer.

**It is ORDERED:**          Plaintiffs' MOTION FOR SANCTIONS PURSUANT to D.C.COLO. LCivR
     30.3(A)(1) and  (2), (B) and (D) [Docket No. **49**,  filed April 7, 2011]  is
     **TAKEN  UNDER  ADVISEMENT.**  The Court will issue its written Order.

*10-cv-01412-MSK-MJW*
*Motions Hearing*
*May 03, 2011*


Argument by Mark Davis on behalf of defendants' Motion for Extension of Time [Docket No. 54]
Response by Stuart Kritzer.
No further arguments.

**It is ORDERED:**     Defendants Jeffrey Lewark's and Ski Country Shell & Towing, Inc'.s
Motion for  Extension of Time to File Expert Disclosures [Docket No. **54**,
filed April 26, 2011]   is   **TAKEN   UNDER   ADVISEMENT.**
The Court will issue its written Order.


Hearing concluded.
**Court in recess:**      10:48   a.m.      Total time in court:   00:48


To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or    Toll Free    1-800-962-3345.