IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO


Civil Action No.  10-cv-01412-MSK-MJW

SHANNON QUINN, and
LESA QUINN,

Plaintiff(s),

v.

SKI COUNTRY SHELL & TOWING, INC., a Colorado corporation,
ERIC MAINES, individually and ERIC MAINES d/b/a ERIC'S MOBILE SERVICE,  and
JEFFREY LEWARK,

Defendant(s).
_____
MINUTE ORDER
_____
Entered by Magistrate Judge Michael J. Watanabe


      It is hereby ORDERED that Defendants Jeffrey Lewark's and Ski Country Shell &
Towing Inc.'s Motion for Clarification or Alteration of the September 10, 2010
Scheduling Order (docket no. **63**) is GRANTED finding good cause shown. To clarify
the Rule 16 Scheduling Order, Defendant Jeffrey Lewark is permitted to serve 25
interrogatories upon Plaintiff Shannon Quinn.


Date:   June 01, 2011