IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 10-cv-01412-MSK-MJW

SHANNON QUINN; and
LESA QUINN,

       Plaintiffs,

v.

ERIC MAINES, individually, and doing business as ERIC'S MOBILE SERVICE,

       Defendant.

---

## ORDER DISMISSING CLAIMS

---

THIS MATTER is before the Court on the Stipulated Motion to Dismiss With Prejudice (Motion) **(#92)** filed September 14, 2011. The Court having read the Motion filed herein, and now being fully advised in the premises,

**IT IS ORDERED** that the Motion is **GRANTED** and any and all claims asserted by Plaintiffs Shannon Quinn and Lesa Quinn against Defendants Ski Country Shell & Towing, Inc. and Jeffrey Lewark are hereby is dismissed, with prejudice, each party to pay his, her or its own costs and attorneys' fees herein expended. All future captions shall so reflect.

DATED this 14th day of September, 2011.

**BY THE COURT:**

_Marcia S. Krieger_
_____

Marcia S. Krieger
United States District Judge