IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01412-MSK-MJW

SHANNON QUINN, and
LESA QUINN,

Plaintiff(s),

v.

ERIC MAINES, individually and ERIC MAINES d/b/a ERIC'S MOBILE SERVICE,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

In view of the Order Dismissing Claims (Docket No. 93), it is hereby ORDERED that Defendants Jeffrey Lewark's and Ski Country Shell & Towing, Inc.'s Motion to Compel Pinnacol Assurance to Produce Documents or To Be Held in Contempt (Docket No. 77) and Pinnacol Assurance's Motion for Partial Protective Order (Docket No. 85) are moot and therefore are denied.

Date:   September 30, 2011